UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT FRAZIER, | CIVIL ACTION NO. 3:CV-11-0019 |
| Petitioner | (Judge Nealon) |
| v. | |
| MONROE COUNTY DISTRICT ATTORNEY, et al., | |
| Respondents | |

**ORDER**

**AND NOW, THIS 20th DAY OF JUNE, 2013**, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Petitioner is granted twenty (20) days from the date of this order to show cause why his petition should not be dismissed as barred by the statute of limitations.

2. Respondents are granted fifteen (15) days from the date of Frazier's response to file a reply.

**United States District Judge**